UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JEFFREY D. BIANCHI,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, JEFFREY D. BIANCHI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.  Defendant, PENNCRO ASSOCIATES, INC., is a professional corporation and citizen of the State of Pennsylvania with its principal place of business at Suite 113, 95 James Way, Southampton, Pennsylvania 18966.

## FACTUAL ALLEGATIONS

5.  Defendant, or another party acting on its behalf, left the following message on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

September 9, 2009 – Pre-Recorded then Human Message
All repre … Jeff.

September 9, 2009 – Pre-Recorded then Human Message
All representatives are temporarily busy assisting other customers … Hello.

September 10, 2009
Message for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, hang up or disconnect.  If you are Jeffrey Bianchi, continue to listen to this message and there will be a 3 second pause in the message.  By continuing to listen to this message, you acknowledge you are Jeffrey Bianchi.  This is David Stein from Penncro Associates.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Contact us regarding an important business matter at 1-800-284-5232 Extension 2681.

September 11, 2009
This message is for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, hang up or disconnect.  If you are Jeffrey Bianchi, please listen to this message.  There will now be a few second pause in this message.  By continuing to listen to this message, you have acknowledged that you are Jeffrey Bianchi.  This is (inaudible) at Penncro Associates.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Contact us regarding this matter at 1-866-779-9279.

September 14, 2009 - Pre-Recorded Message

This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

September 16, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.

September 17, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to…

September 18, 2009 – Pre-Recorded Message
This is a message for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, please hang up or disconnect.  If you are Jeffrey Bianchi, please continue to listen to this message.  There will now be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge that you are Jeffrey Bianchi.  This is Penncro Associates.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us about an important business matter at 1-800-678-1826.  Thank you.

September 22, 2009
This is for Jeff Bianchi. If you are not Jeff Bianchi please hang up or disconnect. If you are Jeff Bianchi, please continue to listen to this message. There will now be a three second pause in the message. By continuing to listen to this message you acknowledge you are Jeff Bianchi. This is David Stein from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us regarding an important business matter at 1-800-284-5232. Extension 2681.

September 23, 2009
This is for Jeff Bianchi. If you are not Jeff Bianchi please hang up or disconnect. If you are Jeff Bianchi, continue to listen to this message. There will now be a three second pause in the message. By continuing to listen to this message you acknowledge you are Jeff Bianchi. This is David Stein

from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Contact us regarding an important business matter at 1-800-284-5232. Extension 2681.

September 24, 2009
Message is for Jeffrey Bianchi. If you aren't Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will be a three second pause in the message. By continuing to listen to the message you acknowledge you are Jeffrey Bianchi. My name is Shania and I am with Penncro Associates, and this is an attempt to collect a debt and any information obtained will be used for that purpose. Contact our office regarding a very important business matter at 800-284-5232. Extension is 2692.

September 29, 2009 – Pre-Recorded Message
All representatives are temporarily busy…

October 5, 2009 – Pre-Recorded then Human Message
Representatives are…Hello? Hello?

October 6, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey. This is Miranda from Penncro Associates, this is an attempt to collect a debt.  Any information obtained will be used for that purpose. Please contact my office regarding an important business matter at 1-800-284-5232. Extension is 2664.

October 7, 2009
This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is (inaudible) from Penncro Associates, this is an attempt to collect a debt.  Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-284-5232, extension 2657. Good day.

October 9, 2009
This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to message. There will now be a three second pause in message. By continuing to listen to message you acknowledge you are Jeffrey Bianchi. My name is Armond (inaudible) from Penncro Associates, this is an attempt to collect a debt, any information obtained from you will be used for collection purposes. Please contact us regarding important business matter at 1-800-284-5232, extension 2694. Thank you.

October 13, 2009 – Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 800-678-1826. Thank you.

October 14, 2009
Good evening, is…

October 15, 2009
Good morning this message is for Jeffrey. If you are not Jeffrey please hang up and disconnect if you are please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message you are acknowledging that you are Jeffrey Bianchi. My name is Mr. Woods and I'm calling from Penncro Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact us regarding this important business matter. My number is 1-800-284-5232. My extension is 2690. Thank you.

October 20, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rodney Williams from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that

purpose. Please contact us regarding your an important business matter at 1-800-284-5232. My extension is 2647.

October 22, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message you agree to acknowledge you are Jeffrey Bianchi. My name is Shania I'm with the offices of Penncro Associates, and this is an attempt to collect a debt and any information obtained will be used for that purpose. Contact our office regarding this very important business matter at 800-284-5232. Extension is 2692.

October 22, 2009 – Pre-Recorded Message
All representatives are…

October 26, 2009 – Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi, please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

October 27, 2009 – Pre-Recorded Message
Representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay, but you will be connected in just a moment…Background Noise.

October 28, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey. This is Miranda from Penncro Associates, this is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232 extension 2663.

November 3, 2009 - Pre-Recorded Message

6

All representatives are temporarily busy assisting other customers. Please continue to hold briefly…Hello Jeffrey? This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Anthony Bocardi from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us regarding an important business matter at 1-800-284-5232. Extension 2523.

November 4, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause on this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Rhonda from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.

November 5, 2009 – Pre-Recorded Message
This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

November 5, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rhonda from Penncro Associates, this is an attempt to collect a debt, any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.

November 6, 2009

This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey. This is Rhonda from Penncro Associates, this is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.

November 9, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rodney Williams from Penncro Associates, this is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us regarding an important business matter at 1-800-284-5232. I can be reached at extension 2647.

November 10, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rhonda from Penncro Associates, this is an attempt to collect a debt, any information obtained from you will be used for collection purposes. Please contact my office regarding important business matter at 1-800-284-5232, extension 2663.

November 11, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay but you will be connected in just a moment. Please continue to hold briefly.

November 13, 2009 – Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and

8

any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

November 16, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.

November 18, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi hang up or disconnect. If you are Jeffrey Bianchi, continue to listen to this message. By continuing to listen to this message you have acknowledged that you are Jeffrey Bianchi. This is Robert Hodson from Penncro Associates, this call is an attempt to collect a debt, any information obtained will be used for this purpose. Feel free to contact my office regarding this important business matter at 1-800-284-5232. Extension 2660. Thank you.

November 19, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message, now there will be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Bill Blank from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-284-5232. My extension is 2681.

November 19, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up. If you are Jeffrey Bianchi, please continue to listen to this message, as there will be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Jessica Daily from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me regarding an important business matter. My number is 800-284-5232. Extension 2622.

November 20, 2009
This call is very important for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect this call. If you are Jeffrey Bianchi, continue listening to this message, there will be a three second pause. By continuing

to listen to this message you have just acknowledged that you are Jeffrey Bianchi. My name is Mr. Smalls, I am calling from the offices of Penncro and Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Correspond with this office today, it's important, at 1-800-284-5232. Please reference my extension is 2523. Also please reference ID number EG1894. EG1894 it's important. Thank you.

November 21, 2009 - Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

November 23, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold briefly.
Background Noise.

November 24, 2009 - Pre-Recorded Message
We apologize for the delay. You will be connected in just a moment. Please continue to hold briefly.

November 24, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message, as there will be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Jessica Daily from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me regarding an important business matter. My number is 800-284-5232, extension 2622.

December 1, 2009
This message is for Jeffrey if you are not Jeffrey please hang up or disconnect. If you are Jeffrey please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey. This is Rhonda from

Penncro Associates, this is an attempt to collect a debt, any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.

<u>December 4, 2009 – Pre-Recorded Message</u>
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

6. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

7. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658