UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60601-CV-ROSENBAUM/SELTZER

JEFFREY D. BIANCHI,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

This cause is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 22]. In this filing, the parties advise the Court they have amicably resolved this matter and stipulate to the dismissal with prejudice of this case.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs, except as otherwise agreed by the parties. All pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE THIS CASE**.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 13th day of September 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record